**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: ALTHEIA HUGGINS | CHAPTER 13 |
| DEBTOR | CASE NO. 15-11839 JDW |

## OBJECTION TO SECURED CLAIM AND OTHER RELIEF

COME NOW, Debtor(s) by and through counsel, and files this objection to the following pre-petition secured claim and requests the Court to set the value for the purpose of plan confirmation:

CREDITOR:   GM Financial
P.O. Box 183593
Arlington, TX 76096-3593

Description of Collateral: 2012 Dodge Avenger

Amount of Debt: $13,344.01, the amount alleged to be due.

Treatment: Pay Amount of the Debt, plus interest of 5.00%, and upon payment of same eliminate any lien.

DEBTOR(S) pray(s) that upon payment of debt plus interest, the lien be canceled and any title documents be delivered to Debtor(s).

DATED: June 1, 2015

Respectfully submitted,

    /s/Karen B. Schneller
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
NORTH MS BANKRUPTCY GROUP, PLLC
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MS 38635
662-252-3224/karen.schneller@gmail.com
rlomenick@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: ALTHEIA HUGGINS                                CHAPTER 13

DEBTOR                                                CASE NO. 15-11839 JDW


NOTICE OF OBJECTION TO SECURED CLAIM

YOU ARE HEREBY NOTIFIED that a written response to the attached objection to secured claim, etc., must be filed with:

> Clerk of Court
> U.S. Bankruptcy Court
> Northern District of Mississippi
> 703 Highway 145 North
> Aberdeen, MS 39730

and a copy must be served on the undersigned Debtor(s) attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice, or the court may enter a Confirmation Order, which shall set the value of each affected secured creditor's lien, and which shall sustain the objection to secured claim, etc., granting the relief requested therein.  In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

DATED: June 1, 2015

| CHAPTER 13 STANDING TRUSTEE | /s/Karen B. Schneller |
|---|---|
|  | KAREN B. SCHNELLER, MSB 6558 |
| Locke D. Barkley | ROBERT H. LOMENICK, JR., MSB 104186 |
| Chapter 13 Trustee | NORTH MS BANKRUPTCY GROUP, PLLC |
| 6360 I-55 North, Suite 140 | 126 North Spring Street |
| Jackson, MS 39211 | Post Office Box 417 |
|  | Holly Springs, MS 38635 |
|  | 662-252-3224/karen.schneller@gmail.com |
|  | rlomenick@gmail.com |

## **CERTIFICATE OF SERVICE**

      I, Karen B. Schneller/Robert H. Lomenick, Jr., attorney for debtor(s), do hereby certify that I have this day mailed a true and correct copy by electronic means or United States Mail, postage prepaid, of the above and foregoing Objection to Secured Claim and Other Relief and Notice of Objection to Secured Claim to the creditor(s) named therein at their respective addresses.

DATED: June 1, 2015

                                                                 /s/Karen B. Schneller.
                                                           ATTORNEY FOR DEBTOR(S)