UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: ALTHEIA HUGGINS                                    CHAPTER 13

DEBTOR                                                    CASE NO. 15-11839 JDW

### OBJECTION TO SECURED CLAIM AND OTHER RELIEF

COME NOW, Debtor(s) by and through counsel, and files this objection to the following pre-petition secured claim and requests the Court to set the value for the purpose of plan confirmation:

CREDITOR:    Vanderbilt Mortgage
             P.O. Box 9800
             Maryville, TN 37802-4812

Description of Collateral: 2006 16X80 Mobile Home

Amount of Debt: $37,178.31, the amount alleged to be due.

Treatment: Pay Amount of $16,500.00 the value of the property, plus interest of 5%, and upon payment of same eliminate any lien.

DEBTOR(S) pray(s) that upon payment of value plus interest, the lien be canceled and any title documents be delivered to Debtor(s).

DATED: June 1, 2015

                                    Respectfully submitted,


                                    ___/s/Karen B. Schneller_____
                                    KAREN B. SCHNELLER, MSB 6558
                                    ROBERT H. LOMENICK, JR., MSB 104186
                                    NORTH MS BANKRUPTCY GROUP, PLLC
                                    126 NORTH SPRING STREET
                                    POST OFFICE BOX 417
                                    HOLLY SPRINGS, MS 38635
                                    662-252-3224/karen.schneller@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: ALTHEIA HUGGINS                                    CHAPTER 13

DEBTOR                                                    CASE NO. 15-11839 JDW

## NOTICE OF OBJECTION TO SECURED CLAIM

YOU ARE HEREBY NOTIFIED that a written response to the attached objection to secured claim, etc., must be filed with:

    Clerk of Court
    U.S. Bankruptcy Court
    Northern District of Mississippi
    703 Highway 145 North
    Aberdeen, MS 39730

and a copy must be served on the undersigned Debtor(s) attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice, or the court may enter a Confirmation Order, which shall set the value of each affected secured creditor's lien, and which shall sustain the objection to secured claim, etc., granting the relief requested therein.  In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

DATED: June 1, 2015

| | |
|---|---|
| CHAPTER 13 STANDING TRUSTEE | /s/Karen B. Schneller |
| | KAREN B. SCHNELLER, MSB 6558 |
| Locke D. Barkley | ROBERT H. LOMENICK, JR., MSB 104186 |
| Chapter 13 Trustee | NORTH MS BANKRUPTCY GROUP, PLLC |
| 6360 I-55 North, Suite 140 | 126 North Spring Street |
| Jackson, MS 39211 | Post Office Box 417 |
| | Holly Springs, MS 38635 |
| | 662-252-3224/karen.schneller@gmail.com |

**CERTIFICATE OF SERVICE**

    I, Karen B. Schneller/Robert H. Lomenick, Jr., attorney for debtor(s), do hereby certify that I have this day mailed a true and correct copy by electronic means or United States Mail, postage prepaid, of the above and foregoing Objection to Secured Claim and Other Relief and Notice of Objection to Secured Claim to the creditor(s) named therein at their respective addresses.

DATED: June 1, 2015

                                                     /s/Karen B. Schneller
                                            ATTORNEY FOR DEBTOR(S)