

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: ALTHEIA HUGGINS**                     **CHAPTER 13**

**DEBTOR**                                     **CASE NO. 15-11839 JDW**

### ORDER SUSTAINING OBJECTION TO SECURED CLAIM

THIS MATTER came before the Court on the Objection to Secured Claim by the Debtor(s) to the claim of **GM Financial**, filed herein in according with *In Re Howard,* 972 F.2d 639 (5th Cir. 1992).  The Court having considered the objection and finding no responses filed, does hereby find as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that said Objection to Secured Claim shall be and is hereby sustained, subject to the provisions of this Order.

IT IS FURTHER ORDERED that, absent any order of the Court to the contrary, the claim of said creditor shall be treated in the confirmed plan as provided for in said objection and, upon payment of the value or claim amount plus interest as provided for in the confirmed plan.

#ENDOFORDER#

SUBMITTED BY:

KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
ATTORNEYS FOR DEBTOR