**Fill in this information to identify the case:**

Debtor 1: ALTHEIA HUGGINS

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of MISSISSIPPI

Case number: 15-11839

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Vanderbilt Mortgage and Finance, Inc.

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 0 1 3 5

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | 01/30/2017 | (8) | $ 1,159.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:____ | | (10) | $ _____ |
| 11. Other. Specify:____ | | (11) | $ _____ |
| 12. Other. Specify:____ | | (12) | $ _____ |
| 13. Other. Specify:____ | | (13) | $ _____ |
| 14. Other. Specify:____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2
Revised 12/2015

Notice of Postpetition Mortgage Fees, Expenses, and Charges

page 1

Debtor 1  ALTHEIA HUGGINS
First Name  Middle Name  Last Name

Case number (if known) 15-11839

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _____
Signature

Date 02/03/2017

Print:  Ryan  Dick  Morris
First Name  Middle Name  Last Name

Title  Bankruptcy Specialist

Company  Vanderbilt Mortgage and Finance, Inc.

Address  500 Alcoa Trail
Number  Street
Maryville  TN  37804
City  State  ZIP Code

Contact phone  (865) 380-3000

Email  Ryan.Morris@VMF.COM

// CL0             RENEWAL             453



**American MODERN.** AMERICAN FAMILY HOME INSURANCE COMPANY

Insured Name: ALTHEIA HUGGINS
Date Prepared: January 20, 2017
**POLICY NUMBER:**

AGENT 052091:
HARDIN COUNTY BANK INS AGCY INC
PO BOX 1507
SAVANNAH TN 38372

Policy Renewal Date:
FEB 27, 2017 to FEB 27, 2018

VANDERBILT MORTGAGE
P O BOX 9800
MARYVILLE TN 37802

Dear Business Partner,

You are listed as the Lienholder of record on the enclosed MANUFACTURED HOME insurance policy. The premium for this policy is $1,159.00. Our mutual customer has asked that we forward the premium notice to you for payment. Please use the payment coupon and envelope provided to send payment by February 27, 2017.

Very truly yours,

President



When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction.
** Payments can be made by check or credit card at amig.com, by mail, or by calling our automated system at 1-800-543-2644.**

Policyholder:

ALTHEIA HUGGINS
489 LITTLE SNOW CREEK RD
HOLLY SPRINGS MS 38635-6232

Policy Number:

| Payment Due Date: | 02/27/2017 |
|---|---|
| Minimum Amount Due (including charges): | $1,159.00 |
| OR | |
| To Pay in Full: | $1,159.00 |

Please indicate any address/phone number changes below:
☐ Named Insured Mailing Address    ☐ Risk Location
New Address: _____
City: _____ State: ____ Zipcode: _____
Home Phone: (___) _____ Work Phone: (___) _____
E-Mail: _____

Please make checks payable to:
AMERICAN FAMILY HOME INSURANCE COMPANY

☐ Visa   ☐ Mastercard   ☐ American Express   ☐ Discover
Card Number: _____
Exp. Date (MM/YY): ____ / ____
Amount to be Charged: $ _____
Signature: _____

0700046064454l    001159007    001159007    6644970227



| | RENEWAL | DECLARATION PAGE | 454 |
|---|---|---|---|
| **American MODERN** | AMERICAN FAMILY HOME INSURANCE COMPANY | | |
| | MANUFACTURED HOMEOWNER'S POLICY DECLARATIONS | POLICY NUMBER: | |

**NAMED INSURED:**
ALTHEIA HUGGINS
489 LITTLE SNOW CREEK RD
HOLLY SPRINGS MS 38635-6232

**AGENT 052091:**
HARDIN COUNTY BANK INS AGCY INC
PO BOX 1507
SAVANNAH TN 38372
PHONE: (731)926-1200

**MAIL TO:**
VANDERBILT MORTGAGE
P O BOX 9800
MARYVILLE TN 37802

**BROKER :**
NONE

**POLICY PERIOD:**
FROM: FEB 27, 2017    TO: FEB 27, 2018
12:01 A.M. STANDARD TIME
AT INSURED PROPERTY ADDRESS

**INSURED PROPERTY:**
489 LITTLE SNOW CREEK RD
HOLLY SPRINGS MS 38635-6232

**LIENHOLDER 1:**
VANDERBILT MORTGAGE
P O BOX 9800
MARYVILLE TN 37802

| UNIT | USE | MAKE | SERIAL NUMBER | LENGTH | WIDTH | YEAR |
|---|---|---|---|---|---|---|
| 1 | RESIDENTIAL | CLAYTON/RIVERVIE | CLS106018TN | 80 | 16 | 2007 |

THIS POLICY PROVIDES ONLY THE FOLLOWING COVERAGES FOR THIS UNIT:

| SECTION | ITEM | COVERAGE | LIMIT | PREMIUM |
|---|---|---|---|---|
| 1 | DWELLING | COMPREHENSIVE-REPLACEMENT COST* | $42,000 | $837.00 |
| 1 | DWELLING | ADDITIONAL LIVING EXPENSE | SEE FORM | |
| 1 | SECTION 1 | COMBINED SECTION 1 MOLD LIMIT | $3,500 | |
| 1 | PERS PROP | PERSONAL PROPERTY | $21,000 | $210.00 |
| 2 | PERS LIAB | PERSONAL LIABILITY - PER OCC. | $50,000 | $35.00 |
| 2 | PERS LIAB | MEDICAL PAYMENTS - PER PERSON | $500 | |
| 2 | PERS LIAB | MEDICAL PAYMENTS - PER ACCIDENT | $25,000 | |
| 2 | PERS LIAB | DAMAGE TO PROPERTY OF OTHERS | $500 | |
| 2 | PERS LIAB | ANIMAL LIABILITY | $10,000 | |
| 2 | PERS LIAB | MOLD COVERAGE $25,000 - INCLUDED | | |
| 2 | PERS LIAB | HOME DAY CARE EXCLUSION | | |
| 1 | DEDUCTIBLE | ALL OTHER PERILS | SEE FORM | |
| 1 | DWELLING | | $250 | $25.00 |
| 1 | DWELLING | FLOOD - ALL NFIP ZONES COVERED | SEE FORM | $25.00 |
| 1 | DEDUCTIBLE | EARTHQUAKE | SEE FORM | $27.00 |
| | DISCOUNT | EARTHQUAKE | SEE FORM | |
| | | 20% CLAIM FREE DISCOUNT APPLIED | | |

MINIMUM WRITTEN AND/OR EARNED MAY APPLY    **TOTAL PREMIUM**    **$1,159.00**

*SUBJECT TO CERTAIN LIMITATIONS AND EXCLUSIONS.

(CONTINUED ON REVERSE SIDE)

ENDORSEMENT FORMS APPLICABLE TO THIS POLICY
M7000    04/13;  IN150    06/12;  IN265    08/13;  MHN34    04/04;  MHN60    04/04;
71975    10/06;  73386    01/04;  M7300    01/04;  M7523    05/05;  M7A23    11/08;
M7DR0    08/09;  M7M23    06/08;  M7T00    05/04;  MHF00    06/06;  MHN97    11/13;

BILL TO LIENHOLDER
DATE PREPARED: JAN 20, 2017
FORM NO. 0110-4269 (05/92)    LIENHOLDER'S COPY

**INSURED NAME:** ALTHEIA HUGGINS              **POLICY NUMBER:**

IF YOU CANCEL THIS POLICY EARLY, A MINIMUM EARNED PREMIUM OF $50 MAY APPLY.

"IMPORTANT NOTICE: THIS INSURANCE POLICY CONTAINS A LIMITATION OF COVERAGE FOR LOSS CAUSED BY MOLD. IT ONLY PROVIDES $3,500 OF SECTION 1 MOLD AND REMEDIATION COVERAGE. IF YOU BOUGHT SECTION 2 LIABILITY INSURANCE, IT ONLY PROVIDES $25,000 MOLD AND REMEDIATION COVERAGE UNLESS YOU INCREASED THIS LIMIT. IF YOU WANT TO INCREASE THESE LIMITS YOU MUST CONTACT YOUR AGENT. PLEASE READ THE POLICY CAREFULLY TO MAKE SURE IT MEETS YOUR NEEDS."

*REPLACEMENT COST LOSS SETTLEMENT SUBJECT TO THE DWELLING LIMIT.

**ADDITIONAL INSURED:**              **LIENHOLDER 2:**
NONE                                 NONE

PLEASE REVIEW THE INFORMATION CONTAINED IN THIS POLICY
IF ANY INFORMATION IS INCORRECT, PLEASE CONTACT CUSTOMER SERVICE:

AMERICAN FAMILY HOME INSURANCE COMPANY
(800) 543-2644

CLAIMS TELEPHONE NUMBER: 1-800-543-2644
HOURS: 8:00 A.M. - 7:00 P.M. EST/EDT

AMERICAN MODERN INSURANCE GROUP
P.O. BOX 5323
CINCINNATI, OHIO 45201-5323



## CERTIFICATE OF SERVICE

February 3, 2017

  I, Ryan Morris, of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges either by electronic case filing or by United States mail postage pre-paid to the following:

ALTHEIA HUGGINS
489 LITTLE SNOW CREEK RD
HOLLY SPRINGS, MS 38635 -6232,
Debtor

KAREN B SCHNELLER
Attorney for the Debtor
Notified by Electronic Case Filing

LOCKE D BARKLEY
Chapter _13_ Trustee
Notified by Electronic Case Filing

/s/Ryan Morris




Vanderbilt Mortgage and Finance, Inc.
PO Box 9800, Maryville, TN 37802  •  500 Alcoa Trail, Maryville, TN 37804  •  www.vmf.com
Phone: 865.380.3000  •  Fax: 865.380.3750  •  Toll Free: 800.970.7250  •  Federal Tax ID#: 62-0997810