**Fill in this information to identify the case:**

Debtor 1: Altheia Huggins

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Mississippi (State)

Case number: 15-11839

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Vanderbilt Mortgage and Finance, Inc.

Court claim no. (if known): 2

Last 4 digits of any number you use to identify the debtor's account: 0 1 3 5

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | 02/16/2018 | (9) | $ 1,521.00 |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1
Revised 12/2015

Debtor 1  Altheia Huggins
First Name   Middle Name   Last Name

Case number (if known) 15-11839

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _[Signature]_

Date 03/30/2018

Print: Danielle Patrice Smith
First Name   Middle Name   Last Name

Title: Bankruptcy Specialist

Company: Vanderbilt Mortgage and Finance, Inc.

Address: 500 Alcoa Trail
Number   Street
Maryville   TN   37804
City   State   ZIP Code

Contact phone (800) 970-7250

Email: danielle.smith@vmf.com



# CERTIFICATE OF SERVICE

March 30, 2018

    I, <u>Danielle P. Smith</u>, of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges either by electronic case filing or by United States mail postage pre-paid to the following:

Altheia Huggins
489 Little Snow Creek Rd
Holly Springs, MS 38635
Debtor

Karen B Schneller
Attorney for the Debtor
Notified by Electronic Case Filing

Locke Barkley
Chapter __13__ Trustee
Notified by Electronic Case Filing

/s/ 
Danielle P. Smith


**Vanderbilt Mortgage and Finance, Inc.**
PO Box 9800, Maryville, TN 37802  •  500 Alcoa Trail, Maryville, TN 37804  •  www.vmf.com
Phone: 865.380.3000  •  Fax: 865.380.3750  •  Toll Free: 800.970.7250  •  Federal Tax ID#: 62-0997810


02/14/2018   17:00 Welch Insurance Agency                                              P.002/004



**RENEWAL**                                    **DECLARATION PAGE**
American MODERN

AMERICAN FAMILY HOME INSURANCE COMPANY

MANUFACTURED HOMEOWNER'S POLICY DECLARATIONS    POLICY NUMBER:

**NAMED INSURED:**                              **AGENT 039682:**
ALTHEIA HUGGINS                                 TPVU I IX FTUFSOIHFOFSBMBHFODZIJDD
489 LITTLE SNOW CREEK RD                        QPICPYI: 128
HOLLY SPRINGS MS 38635-6232                     BEEJTPOIUYI86112

00GF50
MAIL TO: C181  14: 793  1157175585  34  U71    **BROKER 00GF50;**
ALTHEIA HUGGINS                                 THE HARDIN COUNTY BANK INS AGENCY I
489 LITTLE SNOW CREEK RD                        PO BOX 1507
HOLLY SPRINGS MS 38635-6232                     SAVANNAH TN 38372
                                                PHONE:

                                                **POLICY PERIOD:**
                                                FROM: FEB 27, 2018    TO: FEB 27, 2019
                                                12:01 A.M. STANDARD TIME
                                                AT INSURED PROPERTY ADDRESS

JOTVSFEIQSPQFSUZ;                               **LIENHOLDER 1:**
489 LITTLE SNOW CREEK RD                        VANDERBILT MORTGAGE
HOLLY SPRINGS MS 38635-6232                     P O BOX 9800
                                                MARYVILLE TN 37802

| VOL | VTF | NBLF | TFS.BMQVNCFS | MFQHU | WIDTH | ZFBS |
|---|---|---|---|---|---|---|
| 1 | RESIDENTIAL | CLAYTON/RIVERVIE | CLS106018TN | 80 | 16 | 2007 |

THIS POLICY PROVIDES ONLY THE FOLLOWING COVERAGES FOR THIS UNIT:

| SECTION | ITEM | COVERAGE | LIMIT | PREMIUM |
|---|---|---|---|---|
| 1 | DWELLING | COMPREHENSIVE-REPLACEMENT COST* | $42,000 | $1,199.00 |
| 1 | DWELLING | ADDITIONAL LIVING EXPENSE | SEE FORM | |
| 1 | SECTION 1 | COMBINED SECTION 1 MOLD LIMIT | $3,500 | |
| 1 | PERS PROP | PERSONAL PROPERTY | $21,000 | $210.00 |
| 2 | PERS LIAB | PERSONAL LIABILITY - PER OCC. | $50,000 | $35.00 |
| 2 | PERS LIAB | MEDICAL PAYMENTS - PER PERSON | $500 | |
| 2 | PERS LIAB | MEDICAL PAYMENTS - PER ACCIDENT | $25,000 | |
| 2 | PERS LIAB | DAMAGE TO PROPERTY OF OTHERS | $500 | |
| 2 | PERS LIAB | ANIMAL LIABILITY | $10,000 | |
| 2 | PERS LIAB | MOLD COVERAGE $25,000 - INCLUDED | | |
| 2 | PERS LIAB | HOME DAY CARE EXCLUSION | SEE FORM | |
| 1 | DEDUCTIBLE | ALL OTHER PERILS | $250 | $25.00 |
| 1 | DWELLING | FLOOD - ALL NFIP ZONES COVERED | SEE FORM | $25.00 |
| 1 | DWELLING | EARTHQUAKE | SEE FORM | $27.00 |
| 1 | DEDUCTIBLE | EARTHQUAKE | SEE FORM | |

MINIMUM WRITTEN AND/OR EARNED MAY APPLY    TOTAL PREMIUM    $1,521.00

*SUBJECT TO CERTAIN LIMITATIONS AND EXCLUSIONS.
IF YOU CANCEL THIS POLICY EARLY, A MINIMUM EARNED PREMIUM OF $50 MAY APPLY.

(CONTINUED ON REVERSE SIDE)

ENDORSEMENT FORMS APPLICABLE TO THIS POLICY
71975    10/06;    73386    01/04;    M7000    04/13;    M7300    01/04;    M7523    05/05;
M7A23    11/08;    M7DR0    08/09;    M7M23    06/08;    M7T00    05/04;    MHF00    06/08;
IN150    06/12;    IN265    08/13;    MHN34    04/04;    MHN60    04/04;    MHN97    11/13;

BILL TO LIENHOLDER
DATE PREPARED: JAN 23, 2018                    INSURED'S COPY
FORM NO. 0110-4269 (05/92)

P.002/004

02/14/2018   17:01  Welch Insurance Agency                                                      P.003/004

** REMINDER NOTICE **
Customer Care Services:

**American MODERN**
AMERICAN FAMILY HOME
INSURANCE COMPANY

HARDIN COUNTY BANK INS AGCY INC
PO BOX 1507
SAVANNAH TN 38372

| Date Prepared: | 02/12/2018 |
| Policy Type: | MANUFACTURED HOME |
| Policy Number: | |
| Agent Name: | HARDIN COUNTY BANK INS AGCY INC |

ALTHEIA HUGGINS
489 LITTLE SNOW CREEK RD
HOLLY SPRINGS MS  38635-6232

**Important Policy Information**
Minimum Amount Due:  $1,521.00
Includes Charges:    $0.00
Expiration Date: 02/27/2018
Pay in Full:   $1,521.00

Property Address:   489 LITTLE SNOW CREEK RD  HOLLY SPRINGS, MS  38635

**Important Information for ALTHEIA HUGGINS**

We are sending you this notice as a reminder that your payment is due
02/27/2018.  To ensure that you have continuous coverage, we must receive your
payment before 02/27/2018.  You may pay the minimum amount due of  $1,521.00
or the full policy amount of  $1,521.00 .  If payment is not received prior to
02/27/2018 12:01 A.M. Standard Time the policy will expire for nonpayment
of premium.

If your payment has already been submitted, please disregard this notice.
And, thank you for choosing us for your insurance needs.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your
account or to process the payment as a check transaction.

**Payments can be made by check or credit card at amig.com, by mail at the address listed on the reverse side or by calling our automated system at

**Please Detach This Coupon and Return With Your Payment**

Policyholder:
ALTHEIA HUGGINS
489 LITTLE SNOW CREEK RD
HOLLY SPRINGS MS  38635-6232

| Policy Number: | |
| Payment Due Date: | 02/27/2018 |
| Minimum Amount Due (including charges): | $1,521.00 |
| OR | |
| Pay in Full: | $1,521.00 |

Please indicate any address/phone number changes below:

☐ Named Insured Mailing Address    ☐ Risk Address
New Address: _____
City: _____ State: _____ ZipCode: _____
Home Phone: (___) _____  Work Phone: (___) _____
E-Mail: _____

Please make checks payable to:
AMERICAN FAMILY HOME INSURANCE COMPANY
☐ Visa  ☐ Mastercard  ☐ American Express  ☐ Discover
Card Number: _____
Exp. Date (MM/YY): _____
Amount to be Charged: $_____
Signature: _____

14016 PEN1 0